UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:19-cv-0154 MCE DB PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ALLY FINANCIAL INC., | |
| Defendant. | |

     Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On April 10, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations.  ECF No. 6.  The thirty-day period has expired, and plaintiff has filed objections to the findings and recommendations.  ECF No. 7.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 10, 2020 (ECF No. 6) are ADOPTED in full;

2. Plaintiff's January 25, 2019 application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's October 17, 2019 amended complaint (ECF No. 4) is DISMISSED without further leave to amend; and

IT IS SO ORDERED.

Dated:  August 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE